UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARK HICKS                                                                                                PETITIONER

V.                                                            CIVIL ACTION NO. 3:20-CV-458-DPJ-BWR

STATE OF MISSISSIPPI, ET AL.                                                                RESPONDENTS

ORDER

Petitioner Mark Hicks filed this habeas petition under 28 U.S.C. § 2254 raising three claims related to his 2018 conviction of possession of stolen property in Simpson County Circuit Court. On January 12, 2023, United States Magistrate Judge Bradley W. Rath entered a thorough Report and Recommendation recommending that the Court dismiss Hicks's petition with prejudice. Hicks did not file an objection to the R&R, and the time to do so has now expired. The Court, having considered the unopposed R&R, concludes that it contains no clear error and adopts it as its opinion. *See* Fed. R. Civ. P. 72(b), advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Hicks's petition is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2023.

                                                         s/ *Daniel P. Jordan III*
                                                         CHIEF UNITED STATES DISTRICT JUDGE